Kenneth L. Moskowitz - 002021990
Steven R. Rowland - 010121988
BROWN MOSKOWITZ & KALLEN, P.C.
180 River Road
Summit, New Jersey 07901
P: (973) 376-0909
F: (973) 376-0903
Attorneys for Plaintiff, Unifoil Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNIFOIL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST PERSONNEL LEASING, INC., LION INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY, INC., AND ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-00018<br><br>Return date: February 5, 2018<br><br><br><br>**NOTICE OF MOTION**<br>**SEEKING REMAND ORDER** |

To:    Counsel of Record

PLEASE TAKE NOTICE that on Monday, February 5, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, plaintiff, Unifoil Corporation ("Unifoil"), by and through its undersigned counsel, Brown Moskowitz & Kallen, P.C. (Steven R. Rowland, appearing), shall move before the Honorable Madeline Cox Arleo, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4A, Newark, New Jersey 07101, for entry of an Order, pursuant to 28 U.S.C. § 1447(c)

and Fed. R. Civ. P. 12(b)(1), remanding this matter to the Superior Court of New Jersey, Essex County.

PLEASE TAKE FURTHER NOTICE that in support of its motion, Unifoil submits a Letter Brief in support thereof, the Certification of Steven R. Rowland, a proposed form of Order, and a Certification of Service.

PLEASE TAKE FURTHER NOTICE that Unifoil consents to the determination of this motion on the papers.

                                  Respectfully submitted,

                                  BROWN MOSKOWITZ & KALLEN, P.C.
                                  Attorneys for Plaintiff, Unifoil Corporation

                              By: */s/ Steven R. Rowland*
                                    STEVEN R. ROWLAND

Dated: January 12, 2018